JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-392 RSM |
| Plaintiff, | |
| vs. | ORDER GRANTING CONTINUANCE OF TRIAL AND PRETRIAL MOTIONS DEADLINE |
| JARED VANDEWERFHORST, | |
| Defendant. | |

THE COURT, having considered the stipulated motion to continue trial and pretrial motions deadline, the records and files herein, hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and/or meaningful plea negotiations, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date in this matter is continued to March 12, 2007, and the deadline in which to file pretrial motions is continued to February 12, 2007.

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL AND PTM DATE
(Jared Vandewerfhorst; CR06-392RSM)    1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

IT IS FURTHER ORDERED that the period of time from the current trial date of January 8, 2007, up to and including the new trial date of March 12, 2007, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

DONE this 21st day of December, 2006.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Paula Semmes Deutsch
Attorney for Jared Vandewerfhorst

s/ Vincent Lombardi
Assistant United States Attorney
*Per telephonic authorization*

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL AND PTM DATE
(Jared Vandewerfhorst; CR06-392RSM)              2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**